United States District Court
Southern District of Texas
**ENTERED**
August 19, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | | |
|---|---|---|
| ABDULLAHI MOHAMUD SALAT,<br>"Petitioner," | §<br>§<br>§ | |
| v. | §<br>§ | Civil Action No. 1:26-CV-00032 |
| PAMELA BONDI, *et al.,*<br>"Respondents," | §<br>§<br>§<br>§ | |

**ORDER**

Before the Court are Petitioner's "Petition for Writ of Habeas Corpus" (Dkt. No. 1) ("Petition"), the Government's "Response to Petition for Writ of Habeas Corpus and Motion for Summary Judgment" (Dkt. No. 14) ("MSJ"), "Report and Recommendation to Deny Petitioner's Habeas Petition" (Dkt. No. 17) ("Report and Recommendation"), and "Petitioner's Objections to the Report and Recommendation to Deny Habeas Petition" (Dkt. No. 18) ("Objections").

After a *de novo* review of the file, the Report and Recommendation (Dkt. No. 17) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Petitioner's Petition (Dkt. No. 1) is **DENIED** and the Government's MSJ (Dkt. No. 14) is **GRANTED**. The Clerk of Court is **ORDERED** to close the case.

SIGNED this August 19, 2026

Rolando Olvera
United States District Judge